No. 137. IRVING ET AL. *v.* CAPEHART, TRUSTEE IN REORGANIZATION. C. A. 7th Cir. Petition for writ of certiorari dismissed July 12, 1968, pursuant to Rule 60 of the Rules of this Court. *Donald A. Schabel* for petitioners. *H. Earl Capehart, Jr.,* for respondent.

No. 4, Misc. HOBSON ET AL. *v.* HANSEN, SUPERINTENDENT OF SCHOOLS OF THE DISTRICT OF COLUMBIA, ET AL. Appeal from D. C. D. C. Appeal dismissed July 19, 1968, pursuant to Rule 60 of the Rules of this Court. *William Kunstler* for appellants. *Solicitor General Griswold* for appellees.

No. 103, Misc. DAVIS *v.* ILLINOIS. Sup. Ct. Ill. Petition for writ of certiorari dismissed August 8, 1968, pursuant to Rule 60 of the Rules of this Court. *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole* and *Donald J. Veverka,* Assistant Attorneys General, for respondent.

No. 4. PAUL H. ASCHKAR & Co. *v.* KAMEN & Co. ET AL. C. A. 9th Cir. Writ of certiorari dismissed September 3, 1968, pursuant to Rule 60 of the Rules of this Court. *Allen E. Susman* for petitioner. *Jacob Shearer* for respondents. [For earlier order herein, see 390 U. S. 942.]

No. 457. SIMS ET AL. *v.* BANKS. C. A. 5th Cir. Petition for writ of certiorari dismissed September 23, 1968, pursuant to Rule 60 of the Rules of this Court. *John B. Miller* for petitioners.